# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 23 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.                                  Case No.: 4:19CR00037-04 BSM

Jay Head

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                **Jay Head**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: **21 USC 846: Conspiracy to PWID Meth, as further explained in the attached documents.**

Date: September 6, 2019

*Issuing officer's signature*

City and state:  Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 09/06/19 at *(city and state)* Little Rock, AR | and the person was arrested on *(date)* 09/17/19 |
| Date: 09/20/19 | Brent Troyer by O. Osborne *Arresting officer's signature* <br><br> Brent Troyer, DUSM *Printed name and title* |